■ Peter Davey, Appellant, v Jones Hirsch Connors & Bull P.C., Respondent. [27 NYS3d 867]—Order, Supreme Court, New York County (Kathryn E. Freed, J.), entered December 22, 2014, which effectively granted plaintiff's motion to reargue, and, upon reargument, adhered to the order, same court (Louis

B. York, J.), entered March 7, 2014, which had granted defendant's motion to dismiss the complaint, unanimously affirmed, without costs.

Although the court on the reargument motion stated that reargument was denied, the court addressed the merits of the motion, and thus effectively granted reargument, rendering the order appealable (see Granite State Ins. Co. v Transatlantic Reins. Co., 132 AD3d 479, 484 [1st Dept 2015]). On reargument, the motion court properly adhered to the original determination, which had dismissed the complaint on res judicata and/or collateral estoppel grounds, since plaintiff's claims against defendant had already been litigated and decided on the merits in (see e.g. Davey v Jones, 2008 WL 5061631, 2008 US Dist LEXIS 99828 [SD NY, Dec. 1, 2008, No. 06-Civ-4206 (DC)], affd 371 Fed Appx 146, 148-149 [2d Cir 2010]; see Matter of Josey v Goord, 9 NY3d 386, 389-390 [2007]; see also Buechel v Bain, 97 NY2d 295, 303-304 [2001], cert denied 535 US 1096 [2002]; see also Gramatan Home Invs. Corp. v Lopez, 46 NY2d 481, 485 [1979]). Concur—Mazzarelli, J.P., Andrias, Saxe, Moskowitz and Kahn, JJ.

Motion to strike brief and for other relief denied. ■